AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TerraMed Holding Company

V.

James Cassidy, Esq
and
Cassidy + Associates

**SUMMONS IN A CIVIL CASE**

CASE NUMBER    1:05CV02364    JURY

JUDGE: Emmet G. Sullivan    ACTION

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/09/2005

TO: (Name and address of Defendant)

James Cassidy, Esq.
1504 R Street, N.W.
Washington, D.C. 20009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PAUL G. GASTON
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, N.W.
Suite 750
WASHINGTON DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

DEC 0 9 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | 12/13/05 | 3:30 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel F. Portnoy | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion

    Name of person with whom the summons and complaint were left: **Lee Cassidy, wife at 1504 R Street, NW Washington, DC 20009**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/05
            *Date*

*Signature of Server*

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

\* **Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.