AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TerraMed Holding Company

V.

James Cassidy, Esq.
and
Cassidy + Associates

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:05CV02364

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 12/09/2005

JURY ACTION

TO: (Name and address of Defendant)

Cassidy + Associates
1504 R Street, N.W.
Washington, D.C. 20009

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PAUL G. GASTON
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, N.W.
Suite 750
WASHINGTON DC 20036

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_(signature)_
(By) DEPUTY CLERK

DEC 0 9 2005

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE 12-15-05 at 10:15 a.m. |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Lee Cassidy, Esquire, authorized to accept. Service was completed at 1506 R Street, NW, Washington, DC 20009.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-15-05
                Date          Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electonic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.