THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRAMED HOLDING COMPANY

Plaintiff

v.

Case Number 1:05CV02364
Judge Emmet G. Sullivan

JAMES CASSIDY, ESQ. and
CASSIDY & ASSOCIATES

Defendants

MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, through counsel, respectfully move this Court for an extension of time to answer or otherwise plead for the reasons set forth below and in the accompanying affidavit.

The complaint in this matter was served on or about December 15, 2005 at defendants' offices in Washington, D.C. At that time the defendant James Cassidy was in California and did not return to Washington, D.C. until December 23. Mr. Cassidy requests additional time to review and respond to the complaint, which is most noteworthy for its length.

WHEREFORE, the defendants request that this Court extend the time to answer or otherwise plead through and until January 16, 2006. A proposed order is submitted for the Court's consideration.

December 29, 2005

Respectfully submitted

James M. Cassidy
District of Columbia Bar number 178517
Cassidy & Associates
1504 R Street N.W.
Washington, D.C. 20009
Counsel for defendants

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Certificate of Service

I certify that on December 29, 2005 I served this motion and supporting affidavit upon the plaintiff by depositing separate copies thereof in the United States mail, postage prepaid, addressed to Paul G. Gaston, Esq. 1120 19th Street N.W., Suite 750, Washington, D.C. 20036 and to Eric C. Christiansen, Esq., Parsons Behle & Latimer, 201 South Main Street, Suite 1800, Salt Lake City, Utah 84111.

*/s/ James Cassidy*
_____
James M. Cassidy

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRAMED HOLDING COMPANY

  Plaintiff

 v.          Case Number 1:05CV02364
              Judge Emmet G. Sullivan

JAMES CASSIDY, ESQ. and
CASSIDY & ASSOCIATES

  Defendants

AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

City of Washington
District of Columbia

 James M. Cassidy, being duly sworn, hereby states as follows:

 1. I am the James Cassidy named in the complaint in this matter, and practice law as Cassidy & Associates.

 2. I am informed that the complaint was served at my offices in Washington, D.C. on or about December 15, 2005.

 3. On that date, and until December 23, I was in the State of California.

 4. The complaint is 23 pages in length and includes eight causes of action.

 5. My firm will represent the defendants in this matter.

 6. I require time to review and respond to the complaint and to prepare counterclaims.

FURTHER AFFIANT SAYETH NOT.

_____
James M. Cassidy

Sworn to before me this 29th day of December, 2005.

_____
My commission expires: 1/14/08