THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRAMED HOLDING COMPANY

    Plaintiff

v.

    Case Number 1:05CV02364
    Judge Emmet G. Sullivan

JAMES CASSIDY, ESQ. and
CASSIDY & ASSOCIATES

    Defendants

ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

Upon consideration of the motion of the defendants to extend time to answer or otherwise plead, the affidavit in support of the motion, and the response of the plaintiff, it is hereby

ORDERED, that the time for the defendants to answer or otherwise plead be, and hereby is, extended through and until January 16, 2005.

This 4th day of January, 2006.

_____
JUDGE EMMET G. SULLIVAN

Copies to:

James M. Cassidy, Esq.
Cassidy & Associates
1504 R Street N.W.
Washington, D.C. 20009
387-5400

Paul G. Gaston, Esq.
1120 19th Street N.W., Suite 750
Washington, D.C. 20036

Eric A Christiansen, Esq.
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111.