UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRAMED HOLDING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2364 (EGS) |
| | ) |
| JAMES CASSIDY, ESQ., and | ) |
| CASSIDY & ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISAL**

Defendants have not yet answered or moved in response to plaintiff's Complaint.

Pursuant to Rule 41(a), Fed. R. Civ. P., plaintiff Terramed Holding Company hereby dismisses, with prejudice, its claims against defendants.

Respectfully submitted,

_/s/_____
Paul G. Gaston, DC Bar # 290833
LAW OFFICES OF PAUL G. GASTON
1120 19th Street, NW, Suite 750
Washington, DC 20036
(202) 296-5856

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal was served, this 15th day of March, 2006, by first-class mail, postage prepaid, on:

>James M. Cassidy, Esq.
>Cassidy & Associates
>1504 R Street, NW
>Washington, DC 20009

_/s/_____
Paul G. Gaston